IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GILBERTO SANCHEZ,              )
                               )
     Petitioner,               )
                               )      CIVIL ACTION NO.
     v.                        )         2:21cv249-MHT
                               )             (WO)
UNITED STATES OF AMERICA,      )
                               )
     Respondent.               )
```

## ORDER

This cause is now before the court on petitioner's motion for a certificate of appealability (Doc. 42), which the court also construes as containing a notice of appeal.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

***

Accordingly, it is ORDERED that petitioner's motion

for a certificate of appealability is denied.

DONE, this the 22nd day of February, 2024.

                                              /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**